# United States District Court

WESTERN DISTRICT OF WASHINGTON

CHRIS MARTIN

v.

KITSAP COUNTY SHERIFF'S DEPARTMENT

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C11-5109RBL/KLS

\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

xx **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation .

Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b)(2) of the Federal Rules of Civil Procedure.

| | |
|---|---|
| July 11, 2011 | WILLIAM M. McCOOL |
| Date | Clerk |
| | *s/CM Gonzalez* |
| | Deputy Clerk |